IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RYAN G. DUGGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:13-CV-827-A |
| | § | |
| SENTRY INSURANCE A MUTUAL COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT AS TO CERTAIN PARTY

Consistent with the order of dismissal signed in the above-captioned action on the date of the signing of this final judgment as to certain party,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Ryan G. Dugger, against defendant Sentry Lloyds of Texas be, and are hereby, dismissed.

SIGNED November 14, 2013.

_____
JOHN McBRYDE
United States District Judge